IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **STACEY BADON** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 2:21-cv-2-TBM-FKB** |
| **DIVRESIFIED MAINTENANCE SYSTEMS, LLC** | **DEFENDANT** |

### **ORDER**

This matter came before the Court on Plaintiff's Motion for Summary Judgment [130], Defendant's Motion for Summary Judgment [143], and Plaintiff's Motion to Strike [151]. At the hearing conducted on July 31, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions. The Court concluded that Plaintiff's Motion for Summary Judgment [130] and Motion to Strike [151] should be DENIED and Defendant's Motion for Summary Judgment [143] should be DENIED.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 31, 2023, Plaintiff's Motion for Summary Judgment [130] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, Plaintiff's Motion to Strike [151] is DENIED as MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that, Defendant's Motion for Summary Judgment [143] is DENIED.

THIS, the 1st day of August, 2023.

TAYLOR B. McNEEL<br>
UNITED STATES DISTRICT JUDGE